IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN  DIVISION

GEORGE DEAN ROBERTSON, #108902,   )
   )
   Plaintiff,   )
   )
v.   )  CIVIL ACTION NO. 1:08-CV-491-TMH
   )      [WO]
CORRECTION MEDICAL SERVICES, *et al.,*   )
   )
   Defendants.   )

**ORDER**

On November 3, 2008, the Magistrate Judge filed a Report and Recommendation

(Doc. 21) in this case to which no timely objections have been filed.  Upon an independent

review of the file in this case and upon consideration of the Recommendation of the

Magistrate Judge, it is ORDERED that:

1.     The Recommendation (Doc. 21) of the Magistrate Judge is ADOPTED;

2.     This case be DISMISSED without prejudice for Plaintiff's failures to

     prosecute this action and comply with the orders of this court.

An appropriate judgment will be entered.

Done this the 3rd  day of December, 2008.

/s/ Truman M. Hobbs

_____

SENIOR UNITED STATES DISTRICT JUDGE